# Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:    (212) 465-1188
cklee@leelitigation.com

May 4, 2022

**BY ECF**:
Hon. Cheryl L. Pollak, U.S.M.J.
Eastern District of New York
225 Cadman Plaza East
New York, NY 11201

Re:    *Vurgun v. Maimonides Medical Center et al*
Case No.: 22-cv-00995(PKC)(CLP)

Dear Judge Pollak:

We are counsel to Plaintiff in the above-identified matter. We write to provide a status update to Your Honor's Order on April 14, 2022.

The parties in the above-captioned case have agreed, as follows, with respect to the mediation:

Name of Mediator: Martin F. Scheinman, Esq.

Date of Mediation:  July 7, 2022, at 10:30 a.m.

Place:  Zoom

We also request that Your Honor adjourn the initial conference scheduled for June 27, 2022, at 2:15 p.m., until after mediation, so that Parties may focus their efforts and resources on the mediation.

We thank Your Honor for considering this request.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc:    all parties via ECF