**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

SERIN VURGUN, *on behalf of herself,*
*FLSA Collective Plaintiffs, and the Class,*

        Plaintiff,

  v.

MAIMONIDES MEDICAL CENTER,
and KENNETH GIBBS,

        Defendants.

Case No.: 22-cv-00995

**NOTICE OF ACCEPTANCE**
**OF OFFER OF JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff SERIN VURGUN

("Plaintiff") hereby accepts and provides notice that she has accepted Defendants' Offer of

Judgment dated July 11, 2022, and annexed hereto as **Exhibit A**.

Date: July 12, 2022
New York, New York

Respectfully submitted,

By:   /s/ *CK Lee*

    C.K. Lee, Esq. (CL 4086)
    LEE LITIGATION GROUP, PLLC
    148 West 24th Street, 8th Floor
    New York, NY 10011
    Tel.: (212) 465-1188
    Fax: (212) 465-1181
    *Attorney for Plaintiff, FLSA Collective*
    *Plaintiffs, and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2022, I caused service of Plaintiff's Notice of Acceptance

of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel in this matter:

Steven R. Nevolis, Esq.
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800
Email: snevolis@kelleydrye.com

By: _____ */s/ CK Lee*_____
C.K. Lee, Esq.