UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SERIN VURGUN, on behalf of herself,
FLSA Collective Plaintiffs, and the Class,

                    Plaintiff,                JUDGMENT

     v.                                           22-cv-00995-PKC-CLP

MAIMONIDES MEDICAL CENTER, and
KENNETH GIBBS,

                    Defendants.
-----------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on July 12, 2022; and Defendants MAIMONIDES MEDICAL CENTER, and KENNETH GIBBS having offered to allow entry of judgment to be taken against them and in favor of Plaintiff SERIN VURGUN, in the sum of Seventy-Five Thousand Dollars and No Cents ($75,000), inclusive of all of Plaintiff's claims for relief, damages, attorney's fees, costs, and expenses; and an Order of Honorable Pamela K. Chen, United States District Judge, having been filed on July 13, 2022, directing the Clerk of Court to enter judgment; it is

       ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff SERIN VURGUN, and against Defendants, MAIMONIDES MEDICAL CENTER, and KENNETH GIBBS in the sum of Seventy-Five Thousand Dollars and No Cents ($75,000), inclusive of all of Plaintiff's claims for relief, damages, attorney's fees, costs, and expenses.

Dated: Brooklyn, New York                                        Brenna B. Mahoney
       July 14, 2022                                                   Clerk of Court

                                                                  By:    */s/Jalitza Poveda*
                                                                            Deputy Clerk